UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LENORIA BOOKER, INDIVIDUALLY AND AS HEIR TO AND REPRESENTATIVE OF THE ESTATE OF ALFRED BOOKER, SR., DECEASED, AND ALFRED BOOKER, JR., RODDRICK BOOKER, DEREK BOOKER AND PAUL BOOKER, INDIVIDUALLY AND AS HEIRS TO THE ESTATE OF ALFRED BOOKER, SR., DECEASED, | § § § § § § § § § | |
| Plaintiffs, | § | CASE NO. |
| v. | § § | (JURY REQUESTED) |
| DIVERSICARE TREEMONT, LLC D/B/A TREEMONT HEALTHCARE AND REHABILITATION CENTER, | § § § § | |
| Defendants. | § | |

**DEFENDANT'S NOTICE OF REMOVAL**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Defendant, Diversicare Treemont, LLC d/b/a Treemont Healthcare and Rehabilitation Center (hereinafter sometimes called "Defendant" or "Diversicare Treemont") hereby removes this action, Cause No. DC-15-15193, from the District Court of Dallas County, Texas, 160th Judicial District Court, to this Court, pursuant to 28 U.S.C. §§ 1332 and 1441, *et seq.* (hereinafter "the Removed Action"). The undersigned counsel represents Defendant in this matter.

**I.   STATUTORY BASIS FOR JURISDICTION**

1. Removal of this action is proper under 28 U.S.C. § 1441. The Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332(a) as it is a civil action between citizens of different states in which the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs.

## A.     Diversity of Citizenship

2.     Plaintiff Lenoria Booker, Individually, and as Heir to and Representative of the Estate of Alfred Booker, Sr., Deceased, is a resident of the State of Texas.

3.     Plaintiff Alfred Booker, Jr., Individually, and as Heir to the Estate of Alfred Booker, Sr., Deceased is a resident of the State of Texas.

4.     Plaintiff Roddrick Booker, Individually, and as Heir to the Estate of Alfred Booker, Sr., Deceased is a resident of the State of Texas.

5.     Plaintiff Derek Booker, Individually, and as Heir to the Estate of Alfred Booker, Sr., Deceased is a resident of the State of Texas.

6.      Plaintiff Paul Booker, Individually, and as Heir to the Estate of Alfred Booker, Sr., Deceased is a resident of the State of Texas.

7.     Defendant Diversicare Treemont, LLC d/b/a Treemont Healthcare and Rehabilitation Center, formed under the laws of the State of Delaware, is a single member LLC with Diversicare Texas I, LLC as its sole member.

8.     Diversicare Texas I, LLC, formed under the laws of the State of Delaware, is a single member LLC with Diversicare Leasing Corp. as its sole member.

9.     Diversicare Leasing Corp. is a Tennessee corporation with its principal place of business in the State of Tennessee.

10.    Defendant is a citizen of Tennessee.

11.    Defendant is not a citizen of Texas.  Accordingly, complete diversity exists and removal is proper.

**B.    Amount in Controversy**

12.    In their pleading, Plaintiff seeks monetary relief between $200,000 and $1,000,000.00.  The damages alleged in Plaintiff's Original Petition are well in excess of the $75,000.00 minimum jurisdictional limits for removal.

## II.    COMMENCEMENT OF THE ACTION

13.    Plaintiffs filed their Original Petition on December 18, 2016, seeking monetary damages based on a healthcare liability/nursing home malpractice claim.

14.    Plaintiff's Original Petition and a summons were served on Diversicare Treemont on December 30, 2015, thereby commencing the action against Defendant.

15.    Pursuant to 28 U.S.C. § 1446(a), true and accurate copies of all process, pleadings, and orders served upon Defendant, and a copy of all papers filed in the Removed Action, are attached hereto as Exhibit "A."  No other process, pleadings, or orders have been filed or served in the Removed Action.

## III.    VENUE AND TIMELINESS

16.    The District Court of Dallas County, Texas, 160th Judicial District Court, the Court in which the Removed Action was pending, is located within the jurisdiction of the United States District Court for the Northern District of Texas, Dallas Division.

17.    Defendant was first served with a copy of Plaintiffs' Original Petition on December 30, 2016.  Pursuant to 28 U.S.C. § 1446(b)(1) and (2), removal is timely if it is filed within 30 days after receipt of service of Plaintiffs' Original Petition by Defendant.  As a result, this notice of removal is timely.

For the reasons set forth above, the Defendant, Diversicare Treemont, LLC d/b/a Treemont Healthcare and Rehabilitation Center, removes to this Court the above-captioned case

from the District Court of Dallas County, Texas, 160th Judicial District Court, Cause No. DC-15-15193.

        Respectfully submitted,

        **HOBLIT DARLING RALLS**
            **HERNANDEZ & HUDLOW LLP**
        Bank of America Plaza
        300 Convent Street, Suite 1450
        San Antonio, Texas 78205
        Telephone No. (210) 224-9991
        Facsimile No. (210) 226-1544

By:   */s/ Thomas A. Cowen*_____
       STEPHEN R. DARLING
       State Bar No. 05386500
       Federal ID No. 8743
       Email:  sdarling@hdr-law.com
       THOMAS A. COWEN
       State Bar No. 04927600
       Federal ID No. 10707
       Email:  tcowen@hdr-law.com

       **ATTORNEYS FOR DEFENDANT**
       **DIVERSICARE TREEMONT, LLC D/B/A**
       **TREEMONT HEALTHCARE AND**
       **REHABILITATION CENTER**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this the 29th day of January, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to each counsel of record listed below. To the extent any such counsel is not registered for such electronic delivery, the foregoing document will be served in accordance with the Federal Rules of Civil Procedure.

    George A. Boll
    JUNEAU, BOLL, STACY & UCHEREK, PLLC
    15301 Spectrum Drive, Suite 300
    Addison, Texas 75001
    georgeboll@juneauboll.com

                                                          By:    */s/ Thomas A. Cowen*_____
                                                                                 Thomas A. Cowen