IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| LENORIA BOOKER, Individually and as Heir to and Representative of the Estate of ALFRED BOOKER, Sr., Deceased et al., <br><br>　　　Plaintiffs, <br><br>v. <br><br>DIVERSICARE TREEMONT, LLC d/b/a TREEMONT HEALTHCARE AND REHABILITATION CENTER, <br><br>　　　Defendant. | § § § § § § § § § § § § § § § §　Civil Action No. 3:16-cv-00260-O |

## ORDER

Before the court is Defendant's Agreed Motion to Dismiss with Prejudice (ECF No. 18), filed October 26, 2016. Defendant states that the parties have reached a settlement agreement.

Having considered the agreed motion, the Court finds that it should be and is hereby **GRANTED**. Accordingly, it is **ORDERED** that Plaintiffs' claims against Defendant are **DISMISSED with prejudice**, and each party shall bear its own costs and attorney's fees.

**SO ORDERED** on this **27th day** of **October, 2016.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE

1